# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| George Kenneth Schopp, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. NO.: 4:19-cv-97-ALM |
| Venture 475, LLC, a New York limited liability company D/B/A Synergy Capital 1, LLC | § § § § § | |
| *Defendant.* | § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff George Kenneth Schopp ("Plaintiff") and Defendant Venture 475, LLC ("Defendant"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all of Plaintiff's individual claims against Defendant in the above-captioned matter with prejudice, and to the dismissal of all the class claims without prejudice. Each side is to bear their own costs. The case has not been certified as a class action, and this *Stipulation of Dismissal* disposes of the entire action.

Case 4:19-cv-00097-ALM Document 11 Filed 05/06/19 Page 2 of 3 PageID #: 71

Respectfully submitted,

By:    /s/ *Chris R. Miltenberger*
      Chris R. Miltenberger
      Texas Bar Number:
      14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1340 N. White Chapel, Suite 100
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

**Attorney for Plaintiff**

**BLANK ROME, LLP**

*/s/ Zachary J. Wyatte*
Zachary J. Wyatte
Texas Bar No. 24110556
Email: zwyatte@blankrome.com
717 Texas Avenue, Suite 1400
Houston, Texas 77002
TEL: (713) 632-8669
FAX: (713) 228-6605

**Attorney for Defendant**

Joint Stipulation of Dismissal
Page | 2

## Certificate of Service

The undersigned certifies that on May 6, 2019, the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules. As such, this document was served on all counsel of record who are deemed to have consented to electronic service:

By:     */s/ Chris R. Miltenberger*
                   Chris R. Miltenberger