# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| George Kenneth Schopp, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | C.A. NO.: 4:19-cv-97-ALM |
| Venture 475, LLC, a New York limited liability company D/B/A Synergy Capital 1, LLC | § § § § § | |
| *Defendant.* | § § | |

## DISMISSAL

The Court, having considered the parties' Joint Stipulation of Dismissal, finds that this action should be dismissed.

It is **ORDERED** and **ADJUDGED** that Plaintiff George Kenneth Schopp take nothing on all individual claims asserted against Defendant Venture 475, LLC, and Plaintiff's individual claims are hereby **DISMISSED WITH PREJUDICE**. The class claims are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that all relief not previously granted is hereby **DENIED.**

The Clerk is directed to close this civil action.

**SIGNED this 14th day of May, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE